| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Dorholt Inc | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, If filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the District of Minnesota | | | |
| | | | (State) |
| Case number: | 98-42157 | | |

Form 1340 (12/19) (MNB)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**1. Claim Information** Application is made for payment of unclaimed Funds in the sum of $ 1,133.19 , which funds were deposited with the Clerk of Bankruptcy Court for the District of Minnesota by the trustee on 11/21/2003 , representing the amount of an uncashed dividend check payable to Timothy K Nelson and sent to the following address: 254 20th Ave N, Hopkins MN 55343-6912 . I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $1,133.19 |
|---|---|
| Claimant's[1] Name: | Timothy K Nelson |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1098 Old Grade Rd<br>Resaca GA 30735<br>(706) 979-5662 |

**2. Applicant Information**

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☒ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

**3. Supporting Documentation**

☒ Applicant has read the court's Requirements for filing an Application for Payment of Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Minnesota
300 South Fourth Street
Suite 600
Minneapolis, MN 55415

| | |
|---|---|
| **5. Applicant Declaration**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: 3/22/21<br><br>_[signature]_<br>Signature of Applicant<br><br>Timothy K Nelson<br>Printed Name of Applicant<br><br>Address: 1098 Old Grade Rd<br>Resaca GA 30735<br><br>Telephone: (706) 979-5662<br><br>Email: _____ | **5. Co-Applicant Declaration (if applicable)**<br>Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.<br><br>Date: _____<br><br>_____<br>Signature of Co-Applicant (if applicable)<br><br>_____<br>Printed Name of Co-Applicant (if applicable)<br><br>Address: _____<br><br>Telephone: _____<br><br>Email: _____ |
| **6. Notarization**<br>STATE OF Georgia<br>COUNTY OF Gordon<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 22 day of March, 20 21 by<br><br>Timothy Keith Nelson<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)  Notary Public _[signature]_<br><br>My commission expires 6/21/24<br><br>_[Notary seal: TINA CHITWOOD, NOTARY, EXPIRES 06/21/24, GEORGIA, GORDON COUNTY, PUBLIC]_ | **6. Notarization**<br>STATE OF _____<br>COUNTY OF _____<br><br>This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20 ____ by<br><br>_____<br>who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.<br><br>(SEAL)  Notary Public _____<br><br>My commission expires: |

Form 1340 (MNB)  Application for Payment of Unclaimed Funds  Page 2



**Expanded Person Search**

SSN: 468882934

1 result(s).

**TIM NELSON**
show alias (3)
**SSN: 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**
Issued in Minnesota, 1977
458-88-XXXX
Issued in Texas, 1965
**DOB: 09/18/1963 (57)**

**Likely Current Address:** 1098 OLD GRADE RD, RESACA, GA, 30735   (MURRAY) (12/31/2003-Current)
**Last Seen Email Address:** MNLSN4@GMAIL.COM
**Last Seen IP Address:** 68.3.208.49
**Bankruptcies:** None Found
**Liens:** None Found
**Judgments:** None Found
**Foreclosures:** None Found
**Possible Criminal/Infractions:** Yes
**Business Affiliations:** None Found
**Professional Licenses:** None Found

**Address (County/Parish/Borough) History:**
| Address | Dates |
|---|---|
| 1098 OLD GRADE RD, RESACA, GA, 30735 (MURRAY) | (12/31/2003-Current) |
| PO BOX 234, CHATSWORTH, GA, 30705 (MURRAY) | (10/01/2011-12/31/2013) |
| 318 SEQUOYAH DR, CHATSWORTH, GA, 30705 (MURRAY) | (12/31/2001-12/31/2010) |
| 809 CHEROKEE DR, CHATSWORTH, GA, 30705 (MURRAY) | (03/01/2001-12/31/2005) |
| 1472 BORDER ST LOT 6, BUFORD, GA, 30518 (GWINNETT) | (10/26/2000-07/01/2002) |
| 583 MAIN ST, SUWANEE, GA, 30024  (GWINNETT) | (07/20/2000) |
| 434 BLAKE RD N APT 24, HOPKINS, MN, 55343 (HENNEPIN) | (05/01/2000-12/31/2000) |
| 4323 LAUREL CREEK CT SE, SMYRNA, GA, 30080 (COBB) | (11/11/1999) |
| 1261 HOWARD WAY, LAWRENCEVILLE, GA, 30043 (GWINNETT) | (08/01/1999-01/01/2000) |
| 3940 LANCASTER LN N APT 232, MINNEAPOLIS, MN, 55441  (HENNEPIN) | (10/21/1998-12/25/2005) |
| 254 20TH AVE N, HOPKINS, MN, 55343 (HENNEPIN) | (05/01/1992-12/25/2005) |
| 1413 LAKE ST NE, HOPKINS, MN, 55343 (HENNEPIN) | (09/01/1991-12/31/1991) |
| 215 PENINSULA RD, MINNEAPOLIS, MN, 55441 (HENNEPIN) | (06/01/1990-12/31/1998) |
| 604 WENTWORTH DR, RICHARDSON, TX, 75081 (DALLAS) | (06/01/1990) |
| 2914 WILDFLOWER DR, DALLAS, TX, 75229 (DALLAS) | (09/01/1989-12/31/1990) |
| 1360 W ISABELLA AVE APT 1140, MESA, AZ, 85202 (MARICOPA) | |
| 205 WEST INDUSTRIAL BLVD DALTON GEORGIA, DALTON, GA, 30720  (WHITFIELD) | (11/09/2017) |

hide addresses (9)

**Phone (Last Seen)**
C:706-979-5662 (11/09/2017)
NEW CINGULAR WRLS GA
C:706-879-8051 (08/20/2015)
NEW CINGULAR WRLS GA
C:706-483-2253 (03/20/2014)
VERIZON WIRELESS-GA
C:706-459-8734 (12/17/2013)
NEW CINGULAR WRLS GA
R:706-629-1738 (04/25/2009)
BELLSOUTH SO BELL
C:706-537-0072 (03/29/2018)
NEW CINGULAR WRLS GA
R:480-491-0981 (06/01/2010)
QWEST CORPORATION
C:706-581-5722 (01/07/2010)
NEW CINGULAR WRLS GA

**Likely Relatives (R) and Associates (A):**
(R) -TINA NELSON (50)
(R) -EVELYN NELSON (59)
(R) -AVERY NELSON (28)
(A) -ILO DANIEL (77)
(A) -SUSANA LIZARRAGA (43)
(A) -JULIO LOPEZ (52)
(A) -PATRICK PIERI (59)
(A) -PATRICIA SPENSLEY (72)
show more (35)

**Possible Email Addresses:** (Last Seen)
MNLSN4@GMAIL.COM(01/01/2019)
COMFYBOY3@YAHOO.COM(03/29/2018)
SUBSCANDY@YAHOO.COM(11/09/2017)
TNELSON4619@VERIZON.NET(01/07/2010)

**Possible IP Addresses:** (Last Seen)
68.3.208.49(01/01/2019)
76.17.250.24(03/29/2018)
107.77.253.3(11/09/2017)
209.162.187.246(01/07/2010)
76.17.250.248



(Y)   (Y)



(Coming soon)

IDI is not a "consumer reporting agency" and its services do not constitute "consumer reports," as these terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"). IDI services may not be used in whole or in part as a factor in establishing an individual's eligibility for credit, insurance, employment nor for any other purpose under the FCRA.

© 2021 Interactive Data, LLC. All rights reserved.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0864-4<br>Case 98-42157<br>District of Minnesota<br>Minneapolis<br>Fri Mar  5 18:04:26 CST 2021 | ANCHOR PAPER COMPANY<br>480 BROADWAY<br>ST PAUL, MN 55101-2495 | C J DUFFEY PAPER COMPANY<br>528 WASHINGTON AVE N<br>MINNEAPOLIS, MN 55401-1287 |
| DORHOLT INC<br>22 SHADY OAK RD<br>HOPKINS, MN 55343 | Minnesota Department of Revenue<br>Bankruptcy Section<br>PO BOX 64447<br>St Paul, MN 55164-0447 | State of MN Dept of Manpower Services<br>1st National Bank Bldg Ste E200<br>332 Minnesota St<br>St Paul, MN 55101-1351 |
| US Trustee<br>1015 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | United States Attorney<br>600 US Courthouse<br>300 S 4th St<br>Minneapolis, MN 55415-3070 | WILCOX PAPER COMPANY<br>2301 TRAFFIC ST NE<br>MINNEAPOLIS, MN 55413-2719 |
| Minneapolis<br>301 Diana E. Murphy U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415-1320 | A-I CONTRACT CLEANING<br>10670 47TH AVENUE N<br>MINNEAPOLIS MN 55442-3139 | AB DICK CO<br>PO BOX 75685<br>CHICAGO IL 60675-5685 |
| ABI MACHINERY MOVERS<br>8899 HASTINGS ST NE<br>BLAINE MN 55449-4256 | ACCURATE DIE SPECIALIST INC<br>7667 EQUITABLE DR STE 103<br>EDEN PRAIRIE MN 55344-4621 | ACCURATE DIE SPECIALISTS INC<br>7667 EQUITABLE DRIVE<br>SUITE 103<br>EDEN PRAIRIE MN 55344-4621 |
| ACE MAILING<br>1600 NE MARSHALL ST<br>MINNEAPOLIS MN 55413-1095 | AD & P<br>7405 WASHINGTON AVE S<br>EDINA MN 55439-2410 | ADCOM EXPRESS<br>7424 W 78TH ST<br>EDINA MN 55439-2513 |
| AERO ASSEMBLIES INC<br>12012 12TH AVE S<br>BURNSVILLE MN 55337-1406 | AIR POWER EQUIPMENT<br>PO BOX 2696<br>MINNEAPOLIS MN 55402-0696 | ALPHA CAPITAL<br>522 1 2 BROADWAY STREET<br>ALEXANDRIA MN 56308 |
| AMERICAL INC<br>4912 S 114TH ST<br>OMAHA NE 68137-2363 | AMERICAN BINDERY CORP<br>6667 W OLD SHAKOPEE RD<br>SUITE 112<br>BLOOMINGTON MN 55438-2622 | AMERICAN CHEMICAL INC<br>2630 S IRVING AVE<br>MINNEAPOLIS MN 55408-1047 |
| ANCHOR PAPER<br>480 BROADWAY<br>PO BOX 3648<br>ST PAUL MN 55101-2495 | ANCHOR PAPER CO<br>ATTN RICK SCHMIT<br>PO BOX 65648<br>ST PAUL MN 55165-0648 | ANDERBERG LUND PRINTING CO<br>6999 OXFORD ST<br>MINNEAPOLIS MN 55426-4566 |
| ANDERSON JULIE<br>5915 PAGENKOPF ROAD<br>INDEPENDENCE MN 55359-9466 | ARTISTIC SCREENING CO INC<br>7703 CENTRAL AVE<br>MINNEAPOLIS MN 55432-2684 | AS SOON AS POSSIBLE INC<br>3000 FRANCE AVE S<br>SAINT LOUIS PARK MN 55416-4223 |

```
METRO SALES INC                MEYERS GLEN                    MINN DEPT OF REVENUE
1620 E 78TH ST                 7211 DALLAS ROAD               551-BANKRUPTCY SECTION
RICHFIELD MN 55423-4637        BROOKLYN CENTER MN 55430-1315  PO BOX 64447
                                                              ST PAUL MN 55164-0447


MINNEAGASCO                    MINNEGASCO                     MINNEGASCO
800 LASALLE AVE                800 LASALLE AVE 16 FLR         P O BOX 1297
16TH FLOOR                     PO BOX 59038                   MINNEAPOLIS MN 55472-0061
MPLS MN 55402-2051             MPLS MN 55459-0038


MINNEHAHA BUILDING MAINT       MINNESOTA SUB PUBLICATIONS     MINNESOTA SUPPLY CO
PO BOX 580965                  7831 E BUSH LAKE RD            6470 FLYING CLOUD DR
MINNEAPOLIS MN 55458-0965      BLOOMINGTON MN 55438           EDEN PRAIRIE MN 55344-3372


MINNESOTA UC FUND              MINNESOTA VALLEY BANK          MITCHELL BANK
UNEMPLOYMENT TAX ACCT          PO BOX 439                     1039 WEST MITCHELL ST
390 N ROBERT ST                REDWOOD FALLS MN 56283-0439    MILWAUKEE WI 53204-3308
SAINT PAUL MN 55101-1805


MN DEPT OF ECONOMIC SECURITY   MN DEPT OF ECONOMIC SECURITY   MN DEPT OF REVENUE
TAX OFFICE                     UI TAX ASSISTANCE              BANKRUPTCY SECTION
390 N ROBERT ST                PO BOX 75278                   PO BOX 64447
ST PAUL MN 55101-1805          ST PAUL MN 55175               ST PAUL MN 55164-0447


MN SUB PUBLICATIONS            MODERNISTIC                    MOLINE INC
7831 E BUSH LAKE RD            169 EAST JENKS AVE             822 WESTERN AVENUE
BLOOMINGTON MN 55438           SAINT PAUL MN 55117-5068       SAINT PAUL MN 55117


MOODY LETTERPRESS              MUSCLE BOUND BINDERY           NAAB SALES CORP
2525 NEVADA AVE NO             701 PLYMOUTH AVENUE            DRAWER 5431
SUITE 302B                     MINNEAPOLIS MN 55411-4247      HOPKINS MN 55343-2431
GOLDEN VALLEY MN 55427-3662


NELSON MEATS                   NELSON TIMOTHY K               NICOAT
116 SHADY OAK RD               254 20TH AVE N                 840 INDUSTRIAL DR
HOPKINS MN 55343-3201          HOPKINS MN 55343-6912          BENSENVILLE IL 60106-1307


NICOAT                         NORTHLAND BINDER PRODUCT       NORTHSTAR COMPUTER FORMS
PO BOX 128                     9444 DEERWOOD LANE             7130 NORTHLAND CIRCLE N
GLENVIEW IL 60025-0128         MAPLE GROVE MN 55369-3629      BROOKLYN PARK MN 55428-1530


NORTHSTAR RIGGING &            NORTHWEST BINDERY INC          NORTHWOODS COLOR
ERECTING                       6855 OXFORD ST                 10467 - 93RD AVE N
2554 COMO AVE                  ST LOUIS PARK MN 55426-4412    MAPLE GROVE MN 55369-4112
SAINT PAUL MN 55108-1249
```

CLOSED

## US Bankruptcy Court
## District of Minnesota (Minneapolis)
## Bankruptcy Petition #: 98-42157

*Assigned to:* Judge Robert J Kressel
Chapter 7
Involuntary
Asset

*Date filed:* 04/01/1998
*Date terminated:* 04/08/2004
*341 meeting:* 07/01/1998
*Deadline for objecting to discharge:* 08/31/1998 00:00

*Debtor 1*
**DORHOLT INC**
22 SHADY OAK RD
HOPKINS, MN 55343
HENNEPIN-MN
( )
*dba* **DORHOLT PRINTING**

*Petitioning Creditor*
**ANCHOR PAPER COMPANY**
480 BROADWAY
ST PAUL, MN 55101
( )

represented by **John A Halpern**
Halpern Law Firm PLLC
10 S 5th St
Ste 400
Minneapolis, MN 55402-1012
(612) 375-1980

*Petitioning Creditor*
**C J DUFFEY PAPER COMPANY**
528 WASHINGTON AVE N
MINNEAPOLIS, MN 55401
( )

represented by **John A Halpern**
(See above for address)

*Petitioning Creditor*
**WILCOX PAPER COMPANY**
2301 TRAFFIC ST NE
MINNEAPOLIS, MN 55413
( )

represented by **John A Halpern**
(See above for address)

*Trustee*
**Dwight R.J Lindquist**
4509 Hibiscus Ave
Minneapolis, MN 55435
952-922-3815

represented by **Randall L. Seaver**
Fuller Seaver,Swanson & Kelsch PA
12400 Portland Ave S
Suite 132
Burnsville, MN 55337
952-890-0888
Fax : 952-890-0244
Email: rseaver@fssklaw.com

*U.S. Trustee*
**US Trustee**
1015 US Courthouse

| | | |
|---|---|---|
| | | 22,524.15, Expenses: $ 6,564.68) by FRED W RADDE & SONS INC payment to FRED W. RADDE of $22524.15 in fees and $6564.68 in expenses Granting [114-1] Application For Compensation ( Fees: $ 0, Expenses: $ 10,152.34) by BETTY JANE JOHNSON payment to BETTY J. JOHNSON of $10152.34 expenses Granting [115-1] Application For Compensation ( Fees: $ 0, Expenses: $ 1,461.03) by NORTHERN STATES POWER payment to NORTHERN STATES POWER of $1461.03 expenses Granting [116-1] Application For Compensation ( Fees: $ 0, Expenses: $ 5,500.00) by MARJORIE DORHOLT payment to MARJORIE DORHOLT of $5500.00 expenses . (CDL) (Entered: 08/18/2003) |
| 09/02/2003 | 120 | Unclaimed dividends deposited with the court by the trustee. Amount of deposit: $ 9.07 Receipt # 149204 (DDJ) (Entered: 09/02/2003) |
| 11/21/2003 | 121 | Unclaimed dividends deposited with the court by the trustee. Amount of deposit: $ 1598.71 Receipt # 151762 (DDJ) (Entered: 11/21/2003) |
| 01/06/2004 | 122 | Notice to U.S. Trustee of Abandonment by Trustee DWIGHT R J LINDQUIST. (HEJ) (Entered: 01/06/2004) |
| 01/12/2004 | 123 | Trustee's Final Account, Certification, and Application for Discharge. Review by U. S. Trustee. (Ueland, Mary ) (Entered: 01/12/2004) |
| 04/08/2004 | 125 | Order Closing Case and Discharging Trustee. (CDL) (Entered: 04/08/2004) |
| 04/08/2004 | | Case Closed. (CDL) (Entered: 04/08/2004) |
| 05/24/2006 | 126 | Application to release funds from court registry to Timothy Nelson, filed by Agent FRANKIE BURRIGHT. (Kristi MNBM, ) (Entered: 05/24/2006) |
| 05/24/2006 | 127 | Order Granting Application to release funds from court registry (Related Doc # 126). NOTICE OF ENTRY AFFIXED. (LynnMNBM, ) (Entered: 05/24/2006) |

## U.S. Courts Unclaimed Funds Locator

Home  About

Court / MNB
Creditors | 1

Back To Search

| | Court | Case | Creditor Name | Debtor Name | Amount |
|---|---|---|---|---|---|
| ✉ | MNB | 98-42157 | Timothy K Nelson | Dorholt Inc. | $1,133.19 |