## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**DORHOLT INC**

       Debtor.                            Case No. **98-42157**

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On **November 21, 2003**, the trustee deposited the sum of **$ $1133.19** with the Clerk of Bankruptcy Court for the District of Minnesota as an uncashed dividend check payable to **TIMOTHY K NELSON** at **254 20TH AVE N., HOPKINS, MN 55343-6912.**

On **April 5, 2021**, an Application for Payment of Unclaimed Funds was filed by **TIMOTHY K NELSON** for payment of the funds previously deposited with the Clerk.

The Application and supporting documentation establish that the Applicant is entitled to the unclaimed funds.

**THEREFORE, IT IS ORDERED:**

1. Pursuant to 28 U.S.C. § 2042, the Clerk of the United States Bankruptcy Court is authorized to disburse the sum of **$1133.19** in unclaimed funds to **TIMOTHY K NELSON** at **1098 OLD GRADE RD, RESACA, GA 30735**; and

2. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: *June 16, 2021*

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/16/2021*
Lori Vosejpka, Clerk, by LH